AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Lisa M. Johnson <br> Joshua B. Johnson <br> *Plaintiff* <br> v. <br> Bank of America, N.A. <br> BAC Home Loans Servicing, L.P. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:10CV710(HEH) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bank of America, N.A.
C/o CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Henry W. McLaughlin
Attorney-at-Law
Law Office of Henry McLaughlin, P.C.
707 East Main Street
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**COPY**

Date: 10-5-10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Lisa M. Johnson <br> Joshua B. Johnson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:10CV710(HEH) |
| Bank of America, N.A. <br> BAC Home Loans Servicing, L.P. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAC HOME LOANS SERVICING, LP
C/o CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Henry W. McLaughlin
Attorney-at-Law
Law Office of Henry McLaughlin, P.C.
707 East Main Street
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: 10-5-10

*Signature of Clerk or Deputy Clerk*